**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RICHARD FIGUEROA,

        Plaintiff,

v.                                                         Case No: 6:17-cv-2170-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's appeal of the final decision of the Commissioner of Social Security denying his applications for Disability Insurance Benefits and Supplemental Security Income (Doc. 16) filed on December 19, 2017. The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 14, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner of Social Security's final decision is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of Section 405(g).

3. The Clerk is **DIRECTED** to award judgment in favor of Claimant and to close the file.

DONE **AND ORDERED** in Orlando, Florida on August 29, 2018.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties